IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARREY EYONG ENEKE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-133-K-BN |
| | § | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, ET AL., | § § § § | |
| Respondents. | § § | |

### ORDER

The Court reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required.

The Court therefore requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

The government must file a response to Petitioner Arrey Eyong Eneke's petition for writ of habeas corpus [Dkt. Nos. 1 & 3] by **January 28, 2026**.

And Petitioner may file a reply brief by **February 4, 2026**.

SO ORDERED.

Signed January 21st, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE