IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ARREY EYONG ENEKE,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:26-CV-133-K-BN |
| | § | |
| **KRISTI NOEM, et al.,** | § | |
| Respondents. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues have been duly considered and a decision duly rendered. The Court **GRANTS in part** Petitioner Arrey Eyong Eneke's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Dkt. No. 1].

It is ORDERED, ADJUDGED, and DECREED that, by **12:00 p.m. Central Time, February 13, 2026**, Respondents shall either: (1) provide Petitioner Arrey Eyong Eneke with a bond hearing before an immigration judge at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Petitioner's continued detention; or (2) release Petitioner Arrey Eyong Eneke from custody, under appropriate conditions of release, to a public place.

It is further ORDERED, ADJUDGED, and DECREED that, by **5:00 p.m. Central Time, February 13, 2026**, Respondents shall **FILE** a notice informing the Court whether Petitioner Arrey Eyong Eneke has been released from custody. If

Petitioner Arrey Eyong Eneke has not been released from custody, Respondents shall inform the Court whether and when a bond hearing was held in accordance with the preceding paragraph. Respondents shall further inform the Court, in detail, of the reasons for the immigration judge's decision.

It is further ORDERED, ADJUDGED, and DECREED that, if Petitioner Arrey Eyong Eneke is released, Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of Petitioner's release as soon as practicable and no less than two hours before Petitioner's release.

SO ORDERED.

Signed February 6th, 2026.

*Ed Kinkeade*
ED KINKEADE
UNITED STATE DISTRICT JUDGE