IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ARREY EYONG ENEKE,** § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 3:26-CV-133-K-BN |
| § | |
| **KRISTI NOEM, et al.,** § | |
| Respondents. § | |

## ORDER

Considering the published panel opinion of the United States Court of Appeals for the Fifth Circuit issued the evening after entry of judgment in this case, *see Buenrostro-Mendez v. Bondi*, ___ F.4th ___, No. 25-20496 (consol. with 25-40701), 2026 WL 323330 (5th Cir. Feb. 6, 2026); 5TH CIR. R. 47.5, the Court **STAYS** the deadlines imposed by this Court's Judgment (Doc. No. 12) and **ORDERS** briefing as to the government's motion to alter judgment (Doc. No. 13). Petitioner must file a response to this motion by **March 2, 2026**. And the government may file a reply by **March 16, 2026**.

SO ORDERED.

Signed February 9th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATE DISTRICT JUDGE